# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANDA SINGLETON,<br><br>v.<br><br>JAS AUTOMOTIVE LLC d/b/a KIA OF COATESVILLE, THOMAS IANNICELLI, and VALLEY NATIONAL BANK | CIVIL ACTION<br><br>NO. 16-5232 |

## ORDER

**AND NOW**, this 14th day of January, 2019, upon consideration of Defendant Valley National Bank's Motion to Vacate Default Judgment (ECF 35), and the response and reply thereto, and for the reasons set out in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-5232 Singleton v JAS Automotive\16cv5232 Mot. to Vacate Order 01142019.docx