# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WANDA SINGLETON<br><br>v.<br><br>JAS AUTOMOTIVE, LLC *dba Kia of Coatesville*, THOMAS IANNICELLI | CIVIL ACTION<br><br>NO. 16-5232 |
|---|---|

## ORDER

**AND NOW**, this 1st day of May, 2019, upon consideration of Defendant Valley National Bank's Motion to Dismiss (ECF 43), the response and reply thereto, and the parties' supplemental briefing, and for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED WITH PREJUDICE**. The clerk shall again close this case.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-5232 Singleton v JAS Automotive\16cv5232 MTD Order 04302019.docx